1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | JOSEPH B. FRUEH
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | E-mail:      joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
5 | Facsimile:  (916) 554-2900

6 | Attorneys for the United States of America

7

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11

12 | ORLONZO HEDRINGTON,                          Case No. 2:21-cv-00414-KJM-AC

13 |                      Plaintiff,              ~~PROPOSED~~ ORDER CORRECTING
                                                 CAPTION
14 |              v.

15 | COUNTY OF SOLANO, FAIRFIELD
POLICE DEPARTMENT, MICHAEL
16 | ARIMBOANGA, DAVID ALEX HUNTER,
MAJOR NURSE PRACTIONER: DAMON N.
17 | TOCZYLOWSKI, MAJOR NURSE
PRACTIONER: JAMALE RICHARD HART,
18 | MAJOR NURSE PRACTIONER DAVID
ALAN WHITERHORN, CAPTAIN ICU
19 | RIGISTER NURSE: JAMES ISAAC
MENDOZA, FRESNO VA HOSPITAL DET.
20 | JOSEPH TORRES, FRESNO VA "CLC"
RAQUEL CASTRO, DGMC MD. LT. COL.
21 | 6730 MDG. DOCTOR JOSEPH SHY &
DGMC, SURGEON COL. MD BROADUS Z.
22 | ATKINS, Angent Angelina Montecslvo &
DAVID GRANT MEDICAL CENTER,
23
                              Defendants.
24

25

26

27

28

1

## ~~PROPOSED~~ ORDER CORRECTING CAPTION

2    The Court, having received a Notice of Substitution and Certification of Course and Scope of

3  Federal Employment duly executed by the Civil Chief of the United States Attorney's Office for the

4  Eastern District of California attesting that several named defendants were acting within the course and

5  scope of their federal employment at all times relevant to the incidents giving rise to this action, and

6  having considered 28 U.S.C. § 2679(d)(2) authorizing the substitution of the United States of America

7  as the proper party defendant,

8    IT IS HEREBY ORDERED that the caption of this case be changed to read as follows:

9

10
ORLONZO HEDRINGTON,

Plaintiff,

11

v.

12

13
UNITED STATES OF AMERICA, COUNTY
OF SOLANO, FAIRFIELD POLICE
DEPARTMENT, MICHAEL ARIMBOANGA,
14
DAVID GRANT MEDICAL CENTER,

15
Defendants.

16

17

18  **IT IS SO ORDERED**

19  Dated:  March 11, 2021

20
_allison Clare_____
ALLISON CLAIRE
21
UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28