1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   Orlonzo Hedrington,                              No. 2:21-cv-00414-KJM-DB

12                        Plaintiff,                  ORDER

13          v.

14   County of Solano et al.,

15                        Defendants.

16

17          In December 2021, this court adopted the magistrate judge's findings and

18   recommendations.  Prev. Order (Dec. 15, 2021), ECF No. 41.  The court granted summary

19   judgment as to defendants David Grant Medical Center and the United States of America and

20   remanded the remaining action to Solano County Superior Court.  *Id.* at 2.  Mr. Hedrington now

21   brings three motions for reconsideration.  ECF Nos. 44, 45, 48.[1]  Defendants have opposed

22   reconsideration.  ECF No. 46.

23          While a court may relieve a party from an order under Rule 60 of the Federal Rules of

24   Civil Procedure for "mistake, inadvertence, fraud, or excusable neglect" or for "any other reason

25   that justifies relief," Fed. R. Civ. P. 60(b)(1), (b)(6), plaintiff does not claim new or different facts

26   or circumstances exist that did not exist previously or why the facts or circumstances were not

---

[1]  ECF Nos. 44 and 45 appear to be identical, and ECF No. 48 requests a status on reconsideration, now addressed in this order.

1  shown at the time of the prior order, *see* E.D. Cal. R. 230(j)(3)–(4).  "[A] motion for

2  reconsideration should not be granted, absent highly unusual circumstances, unless the district

3  court is presented with newly discovered evidence, committed clear error, or if there is an

4  intervening change in the controlling law."  *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665

5  (9th Cir. 1999).  The court **denies the plaintiff's requests for reconsideration (ECF Nos. 44,**

6  **45, 48)**.

7          IT IS SO ORDERED.

8  DATED:  July 13, 2022.

9

                                        _____
                                        CHIEF UNITED STATES DISTRICT JUDGE