UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlonzo Hedrington, | No. 2:21-cv-00414-KJM-DB |
| Plaintiff | ORDER |
| v. | |
| County of Soloan, et al., | |
| Defendants | |

In December 2021, this court adopted the magistrate judge's findings and recommendations. *See* Order (Dec. 15, 2021), ECF No. 41. The court granted summary judgment as to defendants David Grant Medical Center and the United States, and remanded plaintiff's remaining claims to Solano County Superior Court. *See id*. at 2. In July 2022, the court denied three motions for reconsideration brought by plaintiff. *See* Order (July 14, 2022), ECF No. 49.

Here, plaintiff once again moves for reconsideration. *See* Mot., ECF No. 50. But like the last three times, he still does not claim any new or different facts that did not exist previously or why the facts were not shown at the time of the prior order. *See* Order (July 14, 2022) at 1–2; *see also* E.D. Cal. L.R. 230(j)(3)–(4). The court thus **denies** the motion and warns plaintiff that any similar motions will be disregarded in the future.

The motion at ECF No. 50 is **denied.**

1

1   IT IS SO ORDERED.

2   DATED: November 2, 2022.

3

4

_____
CHIEF UNITED STATES DISTRICT JUDGE