UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter L. Fear,<br>　　　　Plaintiff,<br>　v.<br>United States of America,<br>　　　　Defendant. | No.  2:18-cv-02333-KJM-DB |
| Orlonzo Hedrington,<br>　　　　Plaintiff,<br>　v.<br>County of Solano, et al.,<br>　　　　Defendants. | No.  2:21-cv-00414-KJM-DB |
| Orlonzo Hedrington,<br>　　　　Plaintiff,<br>　v.<br>David Grant Medical Center, et al.,<br>　　　　Defendant. | No.  2:22-cv-00074-KJM-DB |
| Orlonzo Hedrington,<br>　　　　Plaintiff,<br>　v.<br>Veteran's Administration of the United States of America, et al.,<br>　　　　Defendants. | No.  1:22-cv-01425-JLT-HBK<br><br>**RELATED CASE ORDER** |

1

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). These actions arise from Orlonzo Hedrington's allegation he was sexually assaulted at David Grant Medical Center on Travis Air Force Base on or around January 22, 2016. Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned, as is the case here.

As a result, it is hereby ORDERED that case no. 1:22-cv-01425-JLT-HBK is reassigned from District Judge Jennifer L. Thurston to the undersigned and from Magistrate Judge Helena M. Barch-Kuchta to Magistrate Judge Deborah Barnes. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 1:22-cv-01425-KJM-DB.

It is further ORDERED that the Clerk of the Court make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: June 8, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE