UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlonzo Hedrington, | No. 2:21-cv-00414-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| County of Solano, et al., | |
| Defendants. | |

Pro se plaintiff Hedrington has filed a motion to reopen this action, which is difficult to decipher. ECF No. 65. Much of plaintiff's motion seems to make conclusory allegations that this court, as well as a second judge and an attorney, conspired to stop plaintiff from receiving relief. *See generally id.* But this court correctly dismissed certain defendants, declined to exercise supplemental jurisdiction over the remaining claims and remanded the action to state court in its prior order. Prior Order (December 15, 2021), ECF No. 41. Additionally, the court denied three of plaintiff's prior motions for reconsideration. ECF No. 49.

While a court may relieve a party from an order under Rule 60 of the Federal Rules of Civil Procedure for "mistake, inadvertence, fraud, or excusable neglect" or for "any other reason that justifies relief," Fed. R. Civ. P. 60(b)(1), (b)(6), plaintiff has provided no legitimate

1

1 justification to reopen this case and does not point to any new evidence or law supporting his
2 argument. Thus, the court denies the motion. *See generally* Fed. R. Civ. P. 60(b) (enumerating
3 grounds for relief from judgment)
4     This order resolves ECF No. 65.
5     IT IS SO ORDERED.
6 DATED: July 21, 2023.

                              CHIEF UNITED STATES DISTRICT JUDGE