UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlonzo Hedrington, et al., | No. 2:18-cv-02333-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Veteran's Administration of the United States of America, et al., | |
| Defendants. | |
| Orlonzo Hedrington, | No. 2:21-cv-00414-KJM-DB |
| Plaintiff, | |
| v. | |
| County of Solano, et al., | |
| Defendants. | |
| Orlonzo Hedrington, | No: 1:22-cv-01425-KJM-DB |
| Plaintiff, | |
| v. | |
| Veteran's Administration of the United States of America, et al., | |
| Defendants. | |

1

| | | |
|---|---|---|
| 1 | Orlonzo Hedrington, | No: 2:22-cv-00074-KJM-DB |
| 2 |           Plaintiff, | |
| 3 |   v. | |
| 4 | David Grant Medical Center, et al., | |
| 5 |           Defendants. | |
| 7 | Orlonzo Hedrington, | No: 2:23-cv-00801-TLN-CKD |
| 8 |           Plaintiff, | |
| 9 |   v. | |
| 10 | David Grant Medical Center, et al., | |
| 11 |           Defendants. | |
| 13 | Orlonzo Hedrington, | No: 1:24-cv-00497-KES-SKO |
| 14 |           Plaintiff, | |
| 15 |   v. | |
| 16 | United States of America, | |
| 17 |           Defendant. | |
| 19 | Orlonzo Hedrington, | No: 2:24-cv-01224-DAD-DB |
| 20 |           Plaintiff, | |
| 21 |   v. | |
| 22 | United States of America, et al., | |
| 23 |           Defendant. | |

      The court has reviewed the notice of related cases in the above-captioned actions. All four cases that were before the undersigned are now closed. The assigned District Judge and Magistrate Judge in case no. 2:23-cv-00801-TLN-CKD have already resolved several pending

motions and that case is also closed.  Although all the actions involve the same parties and are based on similar claims, the court finds assignment of the actions to a single judge is not "likely to effect a savings of judicial effort or other economies" in this case.  E.D. Cal. L.R. 123(c).  The court therefore **declines** to relate the above-captioned actions.

    IT IS SO ORDERED.

DATED:  May 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3