UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlonzo Hedrington,<br><br>    Plaintiff,<br><br>    v.<br><br>County of Solano, et al.,<br><br>    Defendants. | No. 2:21-cv-00414-KJM-SCR<br><br>ORDER |

The motions at ECF Nos. 87 and 93 are **denied**. *See* Order (July 21, 2023), ECF No. 67 (discussing previous motions and Federal Rule of Civil Procedure 60). The Clerk's Office is instructed not to accept any further documents for filing in this matter.

IT IS SO ORDERED.

DATED: December 8, 2025.

UNITED STATES DISTRICT JUDGE